```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| WILLIE J. WESTBROOK, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 03-0229-M |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of | : |
| Social Security, | : |
| | : |
|     Defendant. | : |

## MEMORANDUM OPINION AND ORDER

This action is before the Court on Plaintiff's attorney's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), with supporting Memorandum, filed on June 12, 2007 (Docs. 26, 27). As of this date, Defendant has filed no Response or Objection to Plaintiff's Motion. After consideration of all pertinent materials in the file, and for the reasons set out in the Memorandum, it is **ORDERED** that Plaintiff's attorney's Motion for Authorization of Attorney Fees be **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be **AWARDED** an attorney's fee in the amount of $8,023.75 for his services before this Court. It is **FURTHER ORDERED** that Mr. Laden pay to Plaintiff the sum of $750.00, which sum represents the EAJA fee counsel was previously awarded.

DONE this 2nd day of August, 2007.

                                       s/BERT W. MILLING, JR.
                                       UNITED STATES MAGISTRATE JUDGE